# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. No. 4:16-cr-134-DPM

KEASHIA LATRIESE DAVIS DEFENDANT

## ORDER

Davis moves *pro se* to reduce her sentence. *Doc. 51*. The Court construes the motion as one for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic. Because Davis filed the motion on her own behalf, she must demonstrate exhaustion. 18 U.S.C. § 3582(c)(1)(A). Her motion is silent on that point. It therefore fails.

Assuming there has been exhaustion, but that it simply has not been documented, the Court will make an alternative ruling on the merits. Davis's motion fails on that basis, too. Davis hasn't shown that her age or health make her particularly susceptible to the virus. But more importantly, Davis has served slightly more than four years of her ten-year sentence. That sentence was an upward variance from the advisory Guidelines range. Davis organized a scheme across four states to defraud SNAP—a program designed to protect the most vulnerable people in our society. Further, Davis had a twenty-year pattern of fraudulent activity. Reducing her sentence would not provide just

punishment, reflect the seriousness of the offense, or adequately deter Davis and others.

The Court commends Davis on her efforts to redeem her time. But all material things considered, the statute's remedy—reducing her sentence to time served—is not appropriate in this case. 18 U.S.C. §§ 3582(c)(1)(A)(i) & 3553(a). Her motion, *Doc. 51*, is therefore denied.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*11 September 2020*