# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                     No. 4:16-cr-134-DPM

KEASHIA LATRIESE DAVIS
Reg. No. 30865-009                                             DEFENDANT

### ORDER

Davis moves *pro se* for a reduction of her sentence under 18 U.S.C.
§ 3582(c).  Davis's motion seeks relief under subsection (c)(2) of the
statute, but that provision does not apply here.  Davis was not
sentenced to a term of imprisonment based on a range that was
subsequently lowered by the Sentencing Commission.  In fact, the
Court did not impose a guidelines sentence on Davis;  it granted the
United States' motion for an upward variance.

To the extent Davis seeks a reduction of her sentence based on
18 U.S.C. § 3582(c)(1)(A), her motion is denied.  Her motion is silent on
whether      she     exhausted     her      administrative      remedies.
18 U.S.C. § 3582(c)(1)(A).  And regardless, her motion fails for the same
reasons the Court denied her previous motion to reduce sentence.  The
Court again commends Davis for her progress and many steps toward
rehabilitation.  All material things considered, however, the Court
believes that the sentence imposed was a just one.  The Court directs
the Clerk to send Davis a copy of *Doc. 52*.

So Ordered.

_DP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_29 March 2022_